COBE *et al.* v. UNION NAT. BANK OF BARTLESVILLE

*et al.*

No. 4142. Opinion Filed January 26, 1915.

(146 Pac. 19.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where the plaintiff in error files no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix.), the appeal will be dismissed for want of prosecution.

(Syllabus by Galbraith, C.)

*Error from District Court, Washington County;*

*R. H. Hudson, Judge.*

Action by the Union National Bank of Bartlesville, Okla., and another, against the Commerce Trust Company of Kansas City, Mo., and others. From an order appointing a receiver to take charge of certain stock and properties of the Renfrow Oil & Gas Company, Ira M. Cobe and the Renfrow Oil & Gas Company appeal. Dismissed.

*George & Campbell* and *Ames, Chambers, Lowe & Richardson,* for plaintiffs in error.

*Ledbetter, Stuart & Bell, Burwell, Crockett & Johnson, John H. Brennan, Shea & Blue, L. A. Rowland,* and *J. P. O'Meara,* for defendants in error.

Opinion by GALBRAITH, C. The petition in error and case-made in this cause were filed with the clerk of this court on June 28, 1912, and it was regularly submitted on the 18th day of January, 1915. No brief has been filed by the plaintiff in error, as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.